# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALYSSA L. OGDEN,

    Plaintiff,

vs.

CIV. 8:08CV1187-T26TBM

HILLSBOROUGH COUNTY, FLORIDA,     **NOTICE OF REMOVAL**
And KEVIN WHITE, Individually and
in his official capacity,

    Defendants.

_____/

To the Honorable Judges of the United States District Court for the Middle District of Florida, Tampa Division:

Removing party, "HILLSBOROUGH COUNTY, FLORIDA" by the undersigned attorneys, respectfully show this Court:

1. Removing party is a named Defendant in the above-entitled action.

2. Defendant, Kevin White, also joins in this Notice of Removal to Federal Court as evidenced by the attached "Consent to Removal" signed by his counsel, Steven G. Wenzel on June 18, 2008 (Exhibit 1).

3. The action was first commenced by the service of a Summons and Complaint upon Hillsborough County on May 20, 2008 alleging violations of the Florida Civil Rights Act of 1992. That action was commenced in the Circuit Court of the Thirteenth Judicial Circuit, State of Florida, in and for Hillsborough County.

4. Thereafter, an Amended Complaint was filed and served upon Hillsborough County and was received via mail on May 23, 2008. The Amended Complaint added Kevin White as a Defendant and also added a claim under 42 U.S. C. §1983, a federal question.

5. On May 28, 2008, by agreement between counsel, it was agreed that Hillsborough County's time to respond to the Amended Complaint would be extended to and including July 2, 2008.

6. This Court has original jurisdiction of the above-entitled action in that this action is brought pursuant to the laws of the United States and the Court may also exercise pendant jurisdiction over the state claim, and this action may therefore be removed to this Court pursuant to 28 U.S.C. Section 1441(a) and (c).

7. A copy of the Summons and Complaint and the Amended Complaint served on the parties in the above-entitled action is attached hereto as Exhibit 2.

8. This Notice of Removal is filed with this Court within 30 days after service on the Defendants of the Amended Complaint in the above-entitled action.

9. A copy of the "Notice of Removal to Federal Court" was filed with the Circuit Court on June 19, 2008 and is attached hereto as Exhibit 3.

WHEREFORE, Defendants pray that the above-entitled action be removed from the Circuit Court of the Thirteenth Judicial Circuit, State of Florida, in and for Hillsborough County to this Federal District Court.

Respectfully submitted,

*Claire Saady*

Claire Saady
Fla. Bar No. 0102954
SAADY & SAXE, P.A.
205 Crystal Grove Blvd.
Lutz, Florida 33548
(813) 909-8855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the attached was served via first-class mail and telefax upon the following counsel on the 19th day of June, 2008:

**Ronald W. Fraley, Esquire**
**The Fraley Firm, P.A.**
**2525 Park City Way**
**Tampa, FL 33609**
**Fax: 813-871-1495**

**Steven G. Wenzel, Esquire**
**633 N. Franklin Street**
**Suite 500**
**Tampa, FL 33602**
**Fax: 813-229-8712**

*Claire Saady*

Claire Saady
Attorney for Removing Party