UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALYSSA L. OGDEN,

    Plaintiff,

v.                                                     CASE NO: 8:08-cv-1187-T-26TBM

HILLSBOROUGH COUNTY, FLORIDA,
and KEVIN WHITE,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Mr. Andrews' Motion to Quash Subpoena (Dkt. 110) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Counsel are directed to confer *personally* within the next twenty-four (24) hours in a good faith effort to resolve the issues raised in the motion. In the event they are unable to do so, they shall file a notice to that effect. Mr. Andrews need not file another motion but instead his counsel shall appear before the Court on Monday, August 17, 2009, at 8:45 a.m., at which time the Court will resolve the issue. Until the Court does resolve the issue of whether to quash Mr. Andrews' subpoena, he is relieved of the responsibility to appear before the Court.

**DONE AND ORDERED** at Tampa, Florida, on August 12, 2009.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>: Counsel of Record