UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALYSSA L. OGDEN,

    Plaintiff,                              Case No: 8:08-cv-1187-T-26TBM

v.

HILLSBOROUGH COUNTY, FLORIDA,
and KEVIN WHITE,

    Defendants.
_____/

### AFFIDAVIT OF RONALD W. FRALEY

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    Before me, the undersigned authority, on this day personally appeared **Ronald W. Fraley**, who, upon first being duly sworn, deposes and states as follows:

    1.    My name is Ronald W. Fraley. I am an attorney licensed in the State of Florida and practicing in Tampa, Hillsborough County, Florida. I practice in the area of Labor and Employment law with The Fraley Firm, P.A., located in Tampa, Florida.

    2.    I am over 21 years of age and have personal knowledge of all facts stated herein.

    3.    I graduated cum laude from Stetson University in 1987. I was a member of the Stetson Law Review. I have been a member of the Florida Bar since 1987. I am a member of the United States District Court Middle District of Florida and Eleventh Circuit Court of Appeals.

    4.    From 1987 until 1990, I was an associate with the law firm of Thompson, Sizemore & Gonzalez, P.A., where I practiced Labor and Employment law, representing management.

    5.    From 1991, I was a partner at Fraley & Fraley, P.A., and thereafter The Fraley Firm,


EXHIBIT A

P.A. For several years, while practicing with F. Ronald Fraley, I tried many types of cases to Jury Trial including personal injury and medical malpractice cases, for both plaintiffs and defendants. Thereafter and to the present time, 85% of my practice consists of Employment Law cases. The bulk of my practice involves the representation of victims of employment discrimination and the prosecution of civil rights violations.

6. I have tried many jury trials in Employment Law cases, as well as approximately 25 additional jury trials in areas such as personal injury, products liability and medical malpractice. I have appeared before the Eleventh Circuit Court of Appeals on at least two occasions.

7. I am currently a Hearing Officer for The City of St. Petersburg Community Affairs Department, Human Relations Division, where I sit as an adjudicator of employment discrimination claims.

8. I represent victims of employment discrimination on a full contingency fee basis which is relatively rare in the Tampa Bay Area. My law firm normally advances costs and pursues such cases with a substantial risk that nothing may be recovered. In Alyssa Ogden's case, my law firm advanced all costs which are over $14,000.00. Ms. Ogden's case required a tremendous amount of time, effort and expense. Many factual and legal issues were presented from the beginning when I commenced representation of Ms. Ogden in November of 2007, on a contingency fee basis.

9. The factual and legal issues continued to multiply during the litigation of this case through the pretrial and trial. Because the main factual defense was a variation of the "somebody else did it" defense, Plaintiff was in the position of having to disprove Defendant White's allegations against a third person. Throughout this litigation and at trial, many issues dealing with §1983 law were raised and required briefing. Massive motions for summary judgment were filed by Defendants.

10. I spent 521.10 hours in this cause. The hours I expended on this matter were

reasonable and necessary. I performed this work efficiently and without undue prolongation of effort. Given the economic realities of the current economy, I believe that the jury's award of $75,000.00, given a request for $145,000.00, represents a favorable degree of success in this case.

11. My law firm has also incurred $ 14,409.91 in costs, $10,142.86 of which should be compensable. Exhibit "B" details the hours expended in this case. Exhibit "E" itemizes the compensable costs.

11. I utilized "billing judgment" in my timesheets, attempting in good faith to exclude any excessive or unnecessary hours.

FURTHER AFFIANT SAYETH NOT.

_____
RONALD W. FRALEY

SWORN TO AND SUBSCRIBED before me this 2nd day of September, 2009.

_____
Notary Public
My Commission Expires:

Notary Public State of Florida
Patti L Huret
My Commission DD763795
Expires 11/16/2010