UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALYSSA L. OGDEN,

    Plaintiff,                        Case No.: 8:08-cv-1187-T-26TBM

v.

HILLSBOROUGH COUNTY, FLORIDA,
and KEVIN WHITE,

    Defendants.
_____/

## AFFIDAVIT OF MATTHEW FARMER

State of Florida

County of Hillsborough

    BEFORE ME, the undersigned authority, on this day personally appeared MATTHEW FARMER, who, upon first being duly sworn, deposes and states as follows:

    1.    My name is Matthew Farmer. I have been a member of the Florida Bar since 1989. I am also a member of the Bars of the Northern, Middle and Southern Districts of Florida, the Eleventh Circuit Court of Appeals, and the United States Supreme Court. I have an "AV" rating from the Martindale-Hubbell Law Directory.

    2.    I am a 1983 cum laude graduate of Princeton University, and a 1988 honors graduate of the University of Florida College Of Law.

    3.    I have specialized in plaintiffs' civil rights and in criminal defense during my legal career, first as an associate with the Jacksonville law firm of Sheppard & White and, since 1991, with my current firm, Farmer & Fitzgerald.



4.      I have litigated over 15 claims brought under Title VII in federal court, all but one on behalf of plaintiffs. I have tried over 10 federal jury trials under this and related federal civil rights statutes. I have also lectured at two continuing legal education seminars on the ethical considerations of the attorney-client relationship in civil rights cases.

5.      I am very familiar with 42 U.S.C. §1983 and §1988.

6.      I can attest that Ronald W. Fraley is a very skilled, and very ethical, advocate, and enjoys superior level of expertise in the area of federal civil rights litigation. Mr. Fraley has been opposing counsel on at least two cases that I have litigated. We have not acted as co-counsel for the same or related parties. I am familiar with the background and experience of Mitchell L. Fraley. I have provided Mitchell L. Fraley with a previous expert opinion regarding attorneys' fees.

7.      Chief Judge Kovachevich has previously admitted my expert opinion on the reasonableness of a 42 U.S.C. §1988 fee request in <u>Manning v. School Board of Hillsborough County, Florida</u>, 13 Fla.L.Weekly Fed.D21, 1999 WL 786373 (M.D. Fla. 1999). According to Judge Kovachevich, "The Court will give great weight to the affidavits of local attorneys, particularly the affidavits of Wright-Douglas and Farmer, because of their experience litigating civil rights cases ...." 13 Fla.L.Weekly Fed. at D24. In <u>Manning</u>, the Court determined that the range of hourly rates for experienced attorneys in this market involving civil rights litigation to be $150.00 per hour to $400.00 per hour.

8.      I have reviewed timesheets, pleadings, discovery and other voluminous documents in this case. §1983 cases are not uncomplicated and require considerable time to research and brief. Counsel for the Plaintiff had to research and file several responsive motions

to Defendants' substantive motions filed after the lawsuit was commenced. In addition, there was substantial discovery consisting of depositions and written discovery. This case also required extensive trial preparation for a five day trial that involved many twists and turns, but which resulted in a verdict in favor of Plaintiff for $75,000.00.

9. In my opinion, the hours that Ronald W. Fraley and Mitchell L. Fraley committed to this case were more than reasonable. The pretrial and trial spent by Ronald W. Fraley was reasonable and efficient. At all times during this case, the Defendants were represented by at least two attorneys with substantial experience. I have identified no unnecessary claims of time.

10. In my opinion, the fair market value for an attorney with Ronald W. Fraley's experience is at least $375.00. Ronald W. Fraley personally handled the litigation of this case, which was substantial, trial preparation and trial. Seven years ago, in 2002, Ronald W. Fraley was awarded $250.00 per hour in §1983 civil rights case for which I provided an affidavit. Ronald W. Fraley has had a substantial amount of jury trial experience in his 22 years of practice. Mitchell L. Fraley is currently a twelve year attorney who has devoted a large majority of his practice to representing plaintiffs in civil rights actions. Mitchell Fraley has performed as lead trial attorney in six civil rights jury trials in federal court and state court. His assistance in this case, although limited, was necessary to prepare a case for trial. An hourly rate of $225.00 per hour is a reasonable hourly rate for Mitchell L. Fraley.

11. I have reviewed the billing and other records of the The Fraley Firm, P.A., pertaining to this matter. I consider the time (as well as the staffing of lawyers involved) submitted by Plaintiff's counsel to be generally reasonable and appropriate for this action. I did not find any of the billing time to be excessive, unnecessary, or redundant. In particular, 521.10

3

hours spent by Ronald W. Fraley and 11.60 hours spend by Mitchell L. Fraley seem a reasonable amount of time.

**FURTHER AFFIANT SAYETH NOT.**

_____
MATTHEW P. FARMER

The foregoing instrument was acknowledged before me this 28th day of August, 2009, by Matthew P. Farmer, who is personally known to me or produced _____ as identification and who did take an oath.

_____
NOTARY PUBLIC

My Commission Expires:

Notary Public State of Florida
Patti Huret
My Commission DD763795
Expires 11/16/2010

4