UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ALYSSA L. ODGEN,

    Plaintiff,

v.                                        CASE NO: 8:08-cv-1187-T-26TBM

HILLSBOROUGH COUNTY, FLORIDA and
KEVIN WHITE,

    Defendants.
    _____/


## O R D E R

A member of the Court's chamber's staff has been advised by the attorney for Defendant Hillsborough County and the attorney for Plaintiff Ogden that these parties have reached a settlement with regard to the judgment previously entered in this cause against Defendant Hillsborough County, as well as the issue of the amount of attorneys' fees and costs Plaintiff Ogden is due from Defendant Hillsborough County. Accordingly, it is ordered and adjudged as follows:

    1) Plaintiff Ogden's Motion to Tax Attorneys' Fees and Costs (Dkt. 136) is denied as moot.

    2) Plaintiff Ogden and Defendant Hillsborough County shall present the Court with a joint stipulation for dismissal with prejudice within five (5) days of their

settlement agreement being finalized, with Plaintiff Ogden contemporaneously filing a satisfaction of the judgment previously entered against Defendant Hillsborough County.

3) The judgment previously entered against Defendant White shall remain in full force and effect.

**DONE AND ORDERED** at Tampa, Florida, on September 17, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record